IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PITTSBURGH

| | |
|---|---|
| LOUIS ANTHONY GALLO,<br><br>    Plaintiff,<br><br>  vs.<br><br>CHAD WEAVER, et al.,<br><br>    Defendants. | 2:19-cv-1260-NR |

## ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE

The above case has been assigned to United States District Judge J. Nicholas Ranjan for all further proceedings. The following deadlines shall apply:

### I.   Initial Rule 16 Case Management Conference

Pursuant to Local Rule 16.1, an Initial Case Management Conference is scheduled for **February 10, 2020** at **2:00 PM** in Courtroom 6C, Sixth Floor, Joseph F. Weis, Jr. U.S. Courthouse, 700 Grant Street, Pittsburgh, PA, 15219.  The parties should be prepared to discuss scheduling, settlement, anticipated discovery needs, and the potential for narrowing issues or otherwise expediting disposition of the action.  All counsel and unrepresented parties shall bring their calendars to the conference for scheduling purposes.

## II.     Rule 26(f) Conference

Pursuant to Federal Rule of Civil Procedure 26(f), the parties must meaningfully confer to consider the nature and basis of their claims and defenses, proposed deadlines, the nature and scope of discovery, and the possibilities for a prompt settlement or resolution of the case.  The parties also must agree upon timing for the exchange of initial disclosures required by Rule 26(a)(1).

## III.    Rule 26(f) Report and ADR Stipulation

At least seven (7) days prior to the Rule 16 Initial Case Management Conference, the parties shall confer and file a completed version of the attached Rule 26(f) Report **(listed as Exhibit #1)** and a stipulation on the use of Alternative Dispute Resolution (ADR).  The ADR Stipulation must contain the information specified on the Court's Website under ADR Program Information (https://www.pawd.uscourts.gov/adr-program-information), and it must comply with Local Rule 16.2.  The parties must identify the type of ADR selected, the proposed neutral, the date by which ADR will be completed, and the names of all people attending (including a corporate representative with settlement authority, if applicable).

## IV.    Expedited Civil Litigation Alternative to Mandatory ADR

Effective September 4, 2012, as an alternative to participating in the Court's ADR process, the parties may elect to participate in this Court's

Expedited Litigation Program.  The purpose of this program is to offer parties the option of alternative, abbreviated, efficient, and cost-effective litigation and trial.  **Participation is entirely voluntary.**  Further information about the program can be found on the Court's website at:

https://www.pawd.uscourts.gov/expedited-civil-litigation.

Parties who wish to participate in the Expedited Civil Litigation Program, should meet and confer collectively and with their respective clients and discuss all aspects of the Program before executing the Expedited Docket Stipulation, available at the website referenced above. When discussing this option, the parties should consider: the cost of litigation; the complexity of the case; the number of witnesses; the likelihood of a successful dispositive motion; the pretrial and post-trial limitations established by the Program; and the relative value of the case. The irrevocable Expedited Docket Stipulation is due at least three (3) business days prior to the Initial Rule 16 Scheduling Conference. Note that the filing of the Expedited Docket Stipulation, negates the requirement of the parties to file a Stipulation Selecting ADR Process.

## V. Practices and Procedures

Counsel must familiarize themselves with the Court's Practices and Procedures, available on the Court's website:

https://www.pawd.uscourts.gov/sites/pawd/files/Ranjan_Practices_Procedures_10_19.pdf.

All parties will be held responsible for compliance with the Practices and Procedures and any subsequently published revisions or amendments.

DATED this 8th day of January, 2020.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge