IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Plaintiff, | ) ) ) ) ) ) ) |  |
| vs. | ) ) ) | Judge J. Nicholas Ranjan |
| Defendants. | ) ) ) ) ) ) ) |  |

**Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES**

1. **Subjects of Fact Discovery:**

2. **Subjects of Expert Discovery:**

3. **Can fact and expert discovery occur at the same time? Why/why not?**

4. **Pre-trial Deadlines:**
    a. Date for Initial Disclosures:

      **b.** Date for joinder/amendment:
      **c.** Date for close of fact discovery:
      **d.** Date for close of expert discovery, if bifurcated:

5. **Rule 502 Order – Yes or No?**


6. **Are there any ESI disputes? If yes, please explain:**




7. **Protective Order – Yes or No?**



                                                                                                 Respectfully submitted,


_____                            _____