AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

| | |
|---|---|
| LOUIS ANTHONY GALLO | ) |
| *Plaintiff* | ) |
| v. | ) |
| CHAD WEAVER, et. al. | ) |
| *Defendant* | ) |

Civil Action No.   19-1260-RJC

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑   other:   The Jury returned a verdict in favor of Plaintiff and Against Defendant Chad Weaver in the total amount of
Twenty One Million Dollars ($21,000,000) comprised of Ten Million Dollars ($10,000,000) in Compensatory
Damages, and Eleven Million Dollars ($11,000,000) in Punitive Damages.

This action was *(check one)*:

☑   tried by a jury with Judge Robert J. Colville _____ presiding, and the jury has
rendered a verdict.

❏   tried by Judge _____ without a jury and the above decision
was reached.

❏   decided by Judge _____ on a motion for                                      .

Date:   5/29/2024 _____

CLERK OF COURT

s/Carolyn J. Orendi _____

Signature of Clerk or Deputy Clerk