IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOUIS ANTHONY GALLO, *Administrator* *of the Estate of Anthony Edward Gallo, deceased*, | ) ) ) | No. 2:19-cv-01260-RJC |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| CHAD WEAVER, *in his Individual Capacity*, | ) ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER OF COURT

AND NOW, this 20th day of February, 2025, for the reasons set forth in this Court's Opinion of the same date in this matter, it is hereby ORDERED that:

1) Defendant's Motion for Judgment as a Matter of Law and/or for a New Trial (ECF No. 140) is denied.

2) Plaintiff's Motions for Delay Damages (ECF Nos. 128 and 155) are denied.

3) Plaintiff's Petition for Attorneys' Fees and Costs (ECF No. 134) is granted. Plaintiff is hereby awarded attorney's fees in the amount of $610,799.00 and costs in the amount of $5,744.90.

4) Plaintiff's Petition for Enhancement of Award of Attorneys' Fees (ECF No. 135) is denied.

BY THE COURT:

*/s/Robert J. Colville*_____
Robert J. Colville
United States District Judge

cc: All counsel of record